DAVID C. PHILLIPS (State Bar No. 032611)
SPENCER C. MARTINEZ (State Bar No. 206337)
PHILLIPS, ERLEWINE & GIVEN LLP
One Embarcadero Center, Suite 2350
San Francisco, California 94111
Telephone: (415) 398-0900
Facsimile: (415) 398-0911

Attorneys for Defendant
STAPLES THE OFFICE SUPERSTORE, LLC
(formerly Staples the Office Superstore, Inc.)

*IT IS SO ORDERED*
*Judge James Ware*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| CORION INDUSTRIAL CORP., U.S.A.,<br><br>    Plaintiff,<br><br>v.<br><br>STAPLES THE OFFICE SUPERSTORE, INC., et al.,<br><br>    Defendant.<br><br>AND COUNTERCLAIM. | CASE NO.: C 04-02169 JW<br><br>**STIPULATION FOR FILING SUPPLEMENTAL COUNTERCLAIM**<br><br>[F.R.C.P. 15(d)] |

IT IS HEREBY STIPULATED by and between the parties hereto, through their respective attorneys of record, that Defendant and Counterclaimant Staples The Office Superstore, LLC ("Staples") may file a supplemental counterclaim against Plaintiff/ Counter-Defendant Corion Industrial Corp., U.S.A. ("Corion"), a copy of which is attached hereto.

PHILLIPS, ERLEWINE & GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

STIPULATION RE FILING SUPP. COUNTERCLAIM, etc. - Case No. C 04-02169 JW
S:\Clients\Staples\8116.32 (Corion)\pld\scm-stip-suppcounterclaim-072105

1  Justice and judicial economy favor granting leave to file the supplemental counterclaim without
2  the need for a motion by Staples.
3      Corion's stipulation hereto shall not be construed as an admission by Corion of all or any
4  of the facts alleged by Staples in the attached supplemental counterclaim.
5      IT IS FURTHER STIPULATED that Corion waives notice and service of the
6  supplemental counterclaim, and that the supplemental counterclaim shall be deemed served as of
7  the date this Stipulation is adopted as the Court's Order.

8  DATED: August ___, 2005

9                                              _____
                                                Lawrence E. Smith, Esq.
10
   DATED: August  1 , 2005                     PHILLIPS, ERLEWINE & GIVEN LLP
11
12
                                                By:_____
13                                              Spencer C. Martinez
                                                Attorneys for Defendant Staples The Office
14                                              Superstore LLC
15

16                              **ORDER**

17  Leave for Staples The Office Superstore, LLC to file the supplemental counterclaim
18  appended hereto is hereby GRANTED. On the face of the supplemental counterclaim, the new
19  facts alleged occurred after the original counterclaim was filed. Justice and judicial economy
20  favor granting leave to file the supplemental counterclaim, and counter-defendant Corion
21  Industrial Corp., U.S.A. will not be unduly prejudiced thereby.
22      Corion Industrial Corp., U.S.A. shall have _____ days from the date of this Order to
23  respond to the supplemental counterclaim.
24

25  DATED: Sept.15 _____, 2005              /s/ James Ware
                                                _____
26                                              HON. JAMES WARE
                                                UNITED STATES DISTRICT JUDGE
27
28

PHILLIPS, ERLEWINE &
GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

STIPULATION RE FILING SUPP. COUNTERCLAIM, etc. - Case No. C 04-02169 JW
S:\Clients\Staples\8116.32 (Corion)\pld\scm-stip-suppcounterclaim-072105

2

1  Justice and judicial economy favor granting leave to file the supplemental counterclaim without
2  the need for a motion by Staples.
3      Corion's stipulation hereto shall not be construed as an admission by Corion of all or any
4  of the facts alleged by Staples in the attached supplemental counterclaim.
5      IT IS FURTHER STIPULATED that Corion waives notice and service of the
6  supplemental counterclaim, and that the supplemental counterclaim shall be deemed served as of
7  the date this Stipulation is adopted as the Court's Order.

8  DATED: July 29, 2005

9                                              Lawrence E. Smith, Esq.

10 DATED: July ___, 2005                  PHILLIPS, ERLEWINE & GIVEN LLP

By: _____
    Spencer C. Martinez
    Attorneys for Defendant Staples The Office
    Superstore LLC

## ORDER

Leave for Staples The Office Superstore, LLC to file the supplemental counterclaim appended hereto is hereby GRANTED. On the face of the supplemental counterclaim, the new facts alleged occurred after the original counterclaim was filed. Justice and judicial economy favor granting leave to file the supplemental counterclaim, and counter-defendant Corion Industrial Corp., U.S.A. will not be unduly prejudiced thereby.

Corion Industrial Corp., U.S.A. shall have __10__ days from the date of this Order to respond to the supplemental counterclaim.

DATED: Sept. 15, 2005          /s/ James Ware
                                         HON. JAMES WARE
                                         UNITED STATES DISTRICT JUDGE

PHILLIPS, ERLEWINE &
GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

STIPULATION RE FILING SUPP. COUNTERCLAIM, etc. - Case No. C 04-02169 JW
S:\Clients\Staples\8116.32 (Corion)\pld\scm-stip-suppcounterclaim-072105

2

DAVID C. PHILLIPS (State Bar No. 032611)
SPENCER C. MARTINEZ (State Bar No. 206337)
PHILLIPS, ERLEWINE & GIVEN LLP
One Embarcadero Center, Suite 2350
San Francisco, California 94111
Telephone: (415) 398-0900
Facsimile: (415) 398-0911

Attorneys for Defendant
STAPLES THE OFFICE SUPERSTORE, LLC
(formerly Staples the Office Superstore, Inc.)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORION INDUSTRIAL CORP., U.S.A.,<br><br>Plaintiff,<br><br>v.<br><br>STAPLES THE OFFICE SUPERSTORE, INC.,<br><br>Defendant.<br>_____<br>STAPLES THE OFFICE SUPERSTORE, LLC,<br><br>Cross-Claimant,<br><br>v.<br><br>CORION INDUSTRIAL CORP., U.S.A.,<br><br>Cross-Defendant.<br>_____ | CASE NO.: CV 04-02169 JW<br><br>**FIRST SUPPLEMENTAL COUNTERCLAIM OF STAPLES THE OFFICE SUPERSTORE, LLC FOR BREACH OF CONTRACT** |

---

FIRST SUPPLEMENTAL COUNTERCLAIM OF STAPLES - Case No. CV 04-02169 JW
S:\Clients\Staples\8116.32 (Corion)\pld\scm-suppcounterclaim-072105

PHILLIPS, ERLEWINE &
GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

Pursuant to Federal Rule of Civil Procedure 15(d), defendant and counterclaimant STAPLES THE OFFICE SUPERSTORE, LLC (hereinafter "Staples") supplements its counterclaim against CORION INDUSTRIAL CORP., U.S.A. (hereinafter "Corion") in this action, and alleges as follows:

### Second Cause Of Action – Breach Of Contract

1. On or about May 3, 2004, Corion commenced this action against Staples. Corion generally alleges in its complaint that on or about April 30, 2003, Staples and Corion entered into a contract pursuant to which Corion agreed to deliver to Staples certain products at agreed-upon prices. Corion alleges that Staples failed without justification to pay for the products and otherwise breached the parties' contract, causing Corion damage.

2. On or about June 7, 2004, Staples filed a counterclaim against Corion in this action. Staples generally alleges that Corion breached the same contract at issue in Corion's complaint by failing to honor its repayment and warranty obligations thereunder, causing Staples damage.

3. On or about February 23, 2005, Staples and Corion entered into an agreement, in part written and in part oral, to settle their dispute and completely resolve this litigation (the "Agreement"). Pursuant to the Agreement, the parties agreed to dismiss with prejudice their respective complaint and counterclaim in this litigation. Corion also agreed to pay Staples the sum of One Hundred Forty-Three Thousand Dollars ($143,000).

4. On or about April 19, 2005, Corion gave notice to Staples that it would not perform the Agreement, and totally repudiated it. Corion has not retracted this repudiation or performed, and has therefore breached the Agreement.

5. At the time of Corion's repudiation, Staples was ready, willing and able to perform its obligations under the parties' Agreement.

PHILLIPS, ERLEWINE & GIVENS LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

FIRST SUPPLEMENTAL COUNTERCLAIM OF STAPLES - Case No. CV 04-02169 JW
S:\Clients\Staples\8116.32 (Corion)\pld\scm-suppcounterclaim-072105

2

6. Corion's breach of the Agreement has caused, and will continue to cause, Staples damages, including but not limited to the litigation costs (including attorneys' fees) necessarily incurred by Staples since the date of Corion's repudiation.

WHEREFORE, Staples respectfully requests that this Court enter judgment in its favor as follows:

1. Damages, according to proof;
2. Costs of suit;
3. Reasonable attorneys' fees;
4. Such other and further relief that the Court may deem just and proper.

DATED: August 1, 2005                PHILLIPS, ERLEWINE & GIVEN LLP

By: _____
SPENCER C. MARTINEZ
Attorneys for Defendants STAPLES THE OFFICE SUPERSTORE, LLC.

PHILLIPS, ERLEWINE &
GIVEN LLP
One Embarcadero Center
Suite 2350
San Francisco, CA 94111
(415) 398-0900

FIRST SUPPLEMENTAL COUNTERCLAIM OF STAPLES - Case No. CV 04-02169 JW
S:\Clients\Staples\8116.32 (Corion)\pld\scm-suppcounterclaim-072105

3