*E-filed 4/4/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORION INDUSTRIAL CORP, U.S.A., | Case No. C 04-02169 JW HRL |
| Plaintiff, | |
| v. | **ORDER DENYING DEFENDANT'S REQUEST FOR TELEPHONIC APPEARANCE** |
| STAPLES, THE OFFICE SUPERSTORE, INC., | |
| Defendant. / | |

Defendant's request that the Staples representative be allowed to appear telephonically at the April 10, 2006 Settlement Conference is DENIED.

**IT IS SO ORDERED.**

Dated: 4/4/06

/s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  THIS SHALL CERTIFY THAT A COPY OF THIS ORDER WILL BE SENT TO:

2  Randy S. Erlewine    rse@phillaw.com

3  Spencer Martinez     scm@phillaw.com,

4  David C. Phillips    dcp@phillaw.com

5  Lawrence E. Smith    lesesq@calltpac.net, lojos06@yahoo.com

6  * Counsel are responsible for providing copies of this order to co-counsel.

Dated: 4/4/06

　　　　　　　　　　　　　　　　　　/s/ RNR
　　　　　　　　　　　　　　Chambers of Magistrate Judge Lloyd