1  LAWRENCE E. SMITH, ESQ.
   18 Crow Canyon Court, Suite 205
2  San Ramon, CA 94583
   Facsimile: (925) 820-9727
3  Telephone: (925) 820-4310

4  Attorney for Plaintiff CORION INDUSTRIAL CORP., U.S.A.

5         -and-

6  DAVID C. PHILLIPS (State Bar No. 032611)
   SPENCER C. MARTINEZ (State Bar No. 206337)
7  PHILLIPS, ERLEWINE & GIVEN LLP
   One Embarcadero Center, Suite 2350
8  San Francisco, California 94111
   Telephone: (415) 398-0900
9  Facsimile: (415) 398-0911

10 Attorneys for Defendant
   STAPLES THE OFFICE SUPERSTORE, LLC
11 (formerly Staples the Office Superstore, Inc.)

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge James Ware]

13              IN THE UNITED STATES DISTRICT COURT

14             FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                      SAN JOSE DIVISION

17 CORION INDUSTRIAL CORP., U.S.A.,         )   CASE NO.: 5:04-02169 JW
                                            )
18              Plaintiff,                  )   **STIPULATION FOR A
                                            )   POSTPONED TRIAL DATE AND
19 v.                                       )   ASSOCIATED SCHEDULING
                                            )   DATES; PROPOSED ORDER**
20 STAPLES THE OFFICE SUPERSTORE, INC.,     )   XXXXXXXXXX
   et al.,                                  )
21                                          )
                Defendant.                  )
22                                          )
                                            )
23 _____  )

---

STIPULATION TO POSTPONE TRIAL DATE, etc. - Case No. 5: 04-02169 JW
S:\Clients\Staples\8116.32 (Corion)\pld\dcp-stip-pso-postponed-trial-date-052306

## INTRODUCTION

The Court conducted a preliminary pre-trial conference on January 23, 2006. In the Court's order of January 23, 2006, a trial date of August 1, 2006 was set as well as a series of dates for complying with trial-related matters. For the reasons set out below, the parties request a different trial date as well as revised dates for the other subjects of the January 23rd Order.

## SETTLEMENT CONFERENCE

At the direction of the Court, a settlement conference was scheduled with Magistrate Judge Lloyd for April 10, 2006. Because defense counsel underwent surgery just before that date and was unable to travel or fulfill these duties of representation, the parties agreed and Magistrate Judge Lloyd concurred in cancelling the settlement conference at that time.

The parties are prepared to select a new settlement conference date consistent with the Magistrate Judge's calendar and the new schedule proposed here.

## TRIAL DATE

The parties were advised by the Court's clerk that the presently existing trial date could not occur as originally set, so that a new date is going to be necessary in any event. The parties request that the trial date be re-set for ~~Monday,~~ Tuesday, Oct. 17 ~~October 16,~~ 2006. Assuming the requested date is granted, the parties propose the following revised schedule, tracking the events set in the Court's order of January 23, 2006, as follows:[1]

### A. Meet-and-Confer Requirement

The deadline for the parties to meet and confer is changed from June 1, 2006 to **August 16, 2006.**

### B. Objections and Lodging Disputed Material with the Court

Any objections and lodging of disputed material shall be changed from June 5th to on or before **August 21, 2006.**

---

[1] It is understood that the directions of the Court under the headings that follow set out in the January 23, 2006 Order will apply.

STIPULATION TO POSTPONE TRIAL DATE, etc. - Case No. 5: 04-02169 JW
S:\Clients\Staples\8116.32 (Corion)\pld\dcp-stip-pso-postponed-trial-date-052306

2

1        C. **Lodging Joint Pretrial Conference Statements and *in Limine* Motions**

2    Parties shall file and lodge with chambers the matters, presently set for June 5th, on

3  **August 21, 2006**. Opposition to *in limine* motions, presently set for June 19th, shall be filed and

4  lodged on **September 5, 2006**.

5            D. **Final Pretrial Conference**

6    The final pretrial conference, now set for July 5th, will take place on ~~Thursday,~~

7  **MONDAY, SEPTEMBER 21, 2006, at 3:00 p.m.**

8        E. **Lodging Witness List, Exhibit List and Proposed Jury Instructions**

9    Lodging Witness List, Exhibit List and Proposed Jury Instructions, presently set for

10 August 1st, shall be on **October 16, 2006**.

11          F. **Proposed Findings (Nonjury Trials)**

12   Proposed findings (nonjury trials) shall remain due on the first day of trial.

13          G. **Trial Schedule**

14   Trial Schedule: Jury selection will be on at **9:00 a.m. on ~~Monday,~~ TUESDAY, OCT. 17 October ~~16,~~ 2006**,

15 with the trial continuing from **1:00 p.m. to 4:00 p.m. on October 17, 18, 19, 20, ~~23~~ and 24, 25**

16 **2006**.

17          SO STIPULATED.

18 DATED: May 23, 2006

19

20                         Lawrence E. Smith
                                Attorney for Plaintiff CORION
                                INDUSTRIAL CORP., U.S.A.

21

22 DATED: May 23, 2006             PHILLIPS, ERLEWINE & GIVEN LLP

23

24                            By: _/s/ David C. Phillips_
                                David C. Phillips

25                                 Attorneys for Defendant Staples The Office
                                Superstore LLC

26

27

28

STIPULATION TO POSTPONE TRIAL DATE, etc. - Case No. 5: 04-02169 JW
S:\Clients\Staples\8116.32 (Corion)\pld\dcp-stip-pso-postponed-trial-date-052306

3

05/18/2006 14:38 FAX 415 398 0911                                         ☒005
Case 5:04-cv-02169-JW   Document 34   Filed 05/25/06   Page 4 of 5

### C. Lodging Joint Pretrial Conference Statements and *in Limine* Motions

Parties shall file and lodge with chambers the matters, presently set for June 5th, on **August 21, 2006**. Opposition to *in limine* motions, presently set for June 19th, shall be filed and lodged on **September 5, 2006**.

### D. Final Pretrial Conference

The final pretrial conference, now set for July 5th, will take place on ~~Thursday~~ **MONDAY, SEPTEMBER 18** ~~September 21~~ **2006, at 3:00 p.m.**

### E. Lodging Witness List, Exhibit List and Proposed Jury Instructions

Lodging Witness List, Exhibit List and Proposed Jury Instructions, presently set for August 1st, shall be on **October 16, 2006**.

### F. Proposed Findings (Nonjury Trials)

Proposed findings (nonjury trials) shall remain due on the first day of trial.

### G. Trial Schedule

Trial Schedule: Jury selection will be on at **9:00 a.m. on** ~~Monday~~ **TUESDAY, OCT. 17** October ~~16,~~ **2006,** with the trial continuing from **1:00 p.m. to 4:00 p.m. on October 17, 18, 19, 20,** ~~23~~ **and 24, 25 2006.**

SO STIPULATED.

DATED: May 18, 2006

_____
Lawrence E. Smith
Attorney for Plaintiff CORION
INDUSTRIAL CORP., U.S.A.

DATED: May 18, 2006                PHILLIPS, ERLEWINE & GIVEN LLP


By:_____
    David C. Phillips
Attorneys for Defendant Staples The Office
Superstore LLC

STIPULATION TO POSTPONE TRIAL DATE, etc. - Case No. 5: 04-02169 JW
S:\Clients\Staples\8116.32 (Corion)\pld\dep-stip-pro-postponed-trial-date 051706

3

## ORDER

IT IS SO ORDERED.

DATED: MAY 25 , 2006

_____
UNITED STATES DISTRICT JUDGE

STIPULATION TO POSTPONE TRIAL DATE, etc. - Case No. 5: 04-02169 JW
S:\Clients\Staples\8116.32 (Corion)\pld\dcp-stip-pso-postponed-trial-date-052306

4