1  LAWRENCE E. SMITH, ESQ.
   18 Crow Canyon Court, Suite 205
2  San Ramon, CA 94583
   Facsimile: (925) 820-9727
3  Telephone: (925) 820-4310

4  Attorney for Plaintiff CORION INDUSTRIAL CORP., U.S.A.

5       -and-

6  DAVID C. PHILLIPS (State Bar No. 032611)
   SPENCER C. MARTINEZ (State Bar No. 206337)
7  PHILLIPS, ERLEWINE & GIVEN LLP
   One Embarcadero Center, Suite 2350
8  San Francisco, California 94111
   Telephone: (415) 398-0900
9  Facsimile: (415) 398-0911

10 Attorneys for Defendant
   STAPLES THE OFFICE SUPERSTORE, LLC
11 (formerly Staples the Office Superstore, Inc.)

12

13             IN THE UNITED STATES DISTRICT COURT

14          FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                     SAN JOSE DIVISION

16

17 CORION INDUSTRIAL CORP., U.S.A.,          )   CASE NO.: 5:04-02169 JW
                                             )
18              Plaintiff,                    )
                                             )
19 v.                                         )   **STIPULATION FOR A**
                                             )   **POSTPONED TRIAL DATE AND**
20 STAPLES THE OFFICE SUPERSTORE, INC.,       )   **ASSOCIATED SCHEDULING**
   et al.,                                    )   **DATES;** ~~PROPOSED~~ **ORDER**
21                                            )
                Defendant.                    )
22                                            )
                                             )
23 _____ )

24

25      The Court conducted a preliminary pre-trial conference on January 23, 2006. Since that

26 time the trial date has been re-set to begin Tuesday, October 17, 2006. For the reasons set out

27 below, the parties request a later trial date as well as revised dates for the other subjects of the

28 preliminary pre-trial conference order of January 23, 2006.

---

STIPULATION TO AMEND SCHEDULING ORDER, etc. - Case No. 5: 04-02169 JW
S:\Clients\Staples\8116.32 (Corion)\pld\dcp-stip-pso-continuance-082206

1

## SETTLEMENT TALKS

2       The settlement conference ordered by the Court before Magistrate Judge Lloyd did not

3   result in settlement, but did result in commencement of talks directly between plaintiff Corion

4   Industrial Corp., U.S.A., and defendant Staples The Office Superstore, LLC, for a potential

5   "business solution" to the controversy.  Those discussions are ongoing. Because of these

6   negotiations, the parties have agreed to a revised trial date of Tuesday, January 16, 2007.

7   Assuming the requested date is granted, the parties propose a revised schedule, tracking the

8   matters set in the Court's order of January 23, 2006.

9

## TRIAL DATE AND RELATED SCHEDULE

10      Assuming the requested the trial date of Tuesday, January 16, 2007, is granted, the

11   parties propose the following revised schedule, tracking the events set in the Court's order of

12   January 23, 2006, as follows:

13      A.      Meet and Confer Requirement.

14      The deadline for the parties to meet and confer is changed from August 16, 2006 to

15   November 6, 2006.

16      B.      Objections and Lodging Disputed Material with the Court.

17      Any objections and lodging of disputed material shall be changed from August 21, 2006

18   to on or before November 13, 2006.

19      C.      Lodging Joint Pretrial Conference Statements and *in Limine* Motions.

20      Parties shall file and lodge with chambers the matters, presently set for August 21, 2006

21   on November 14, 2006.  Opposition to *in limine* motions shall be lodged on November 21, 2006.

22      D.      Final Pretrial Conference.

23      The final pretrial conference , presently set for Thursday, September 21, 2006, shall be

24   held on January 9̶ 8, 2007, at 3:00 p.m.

25      E.      Lodging Witness Lists, Exhibit List and Proposed Jury Instructions.

26      Lodging witness lists, exhibit list and proposed jury instructions, presently set for October

27   16, 2006, shall be on January 15, 2007.

28

---

STIPULATION TO AMEND SCHEDULING ORDER, etc. - Case No. 5: 04-02169 JW
S:\Clients\Staples\8116.32 (Corion)\pld\dcp-stip-pso-continuance-082206

2

1    F.    Proposed findings (Non-Jury Trials).

2    Proposed findings (non-jury trials) shall be due on the first day of trial.

3    G.    Trial Schedule.

4    Jury selection will begin at 9:00 a.m. on Tuesday, January 16, 2007, with the trial

5  continuing from 1 p.m. to 4 p.m. on January 16, 17, 18 and 19, 2007.

6    SO STIPULATED.

7

8  DATED: August ___, 2006

9                                      _____
                                       Lawrence E. Smith
10                                     Attorney for Plaintiff CORION
                                       INDUSTRIAL CORP., U.S.A.

11
   DATED: August 24, 2006             PHILLIPS, ERLEWINE & GIVEN LLP
12

13
                                       By: _____
14                                         David C. Phillips
                                       Attorneys for Defendant Staples The Office
15                                     Superstore LLC

16
                                       **ORDER**
17

18
       Good cause appearing, IT IS SO ORDERED.
19

20

21  DATED: _____8/28/06_____          _____
22                                     HON. JAMES WARE
                                       UNITED STATES DISTRICT JUDGE
23

24

25

26

27

28

STIPULATION TO AMEND SCHEDULING ORDER, etc. - Case No. 5: 04-02169 JW
S:\Clients\Staples\8116.32 (Corion)\pld\dcp-stip-pso-continuance-082206

3

1      F.      Proposed findings (Non-Jury Trials).

2      Proposed findings (non-jury trials) shall be due on the first day of trial.

3      G.      Trial Schedule.

4      Jury selection will begin at 9:00 a.m. on Tuesday, January 16, 2007, with the trial

5   continuing from 1 p.m. to 4 p.m. on January 16, 17, 18 and 19, 2007.

6      SO STIPULATED.

7

8   DATED: August 2⁴, 2006

9

10                                              Lawrence E. Smith
                                                Attorney for Plaintiff CORION
11                                              INDUSTRIAL CORP., U.S.A.

12   DATED: August 2⁷, 2006

13                                              PHILLIPS, ERLEWINE & GIVEN LLP

14                                              By: _____
                                                David C. Phillips
15                                              Attorneys for Defendant Staples The Office
16                                              Superstore LLC

17                          **ORDER**

18

19      Good cause appearing, IT IS SO ORDERED.

20

21   DATED: _____

22                                              HON. JAMES WARE
23                                              UNITED STATES DISTRICT JUDGE

24

25

26

27

28

STIPULATION TO AMEND SCHEDULING ORDER, etc. – Case No. 5: 04-02169 JW
S:\Clients\Staples\815.32 (Corion)\pld\dco-sdp-pso-continuance-082206

3