1    LAWRENCE E. SMITH, ESQ.
     18 Crow Canyon Court, Suite 205
2    San Ramon, CA 94583
     Facsimile:  (925) 820-9727
3    Telephone:  (925) 820-4310

4    Attorney for Plaintiff CORION INDUSTRIAL CORP., U.S.A.

5           -and-

6    DAVID C. PHILLIPS (State Bar No. 032611)
     SPENCER C. MARTINEZ (State Bar No. 206337)
7    PHILLIPS, ERLEWINE & GIVEN LLP
     One Embarcadero Center, Suite 2350
8    San Francisco, California 94111
     Telephone: (415) 398-0900
9    Facsimile: (415) 398-0911

10   Attorneys for Defendant
     STAPLES THE OFFICE SUPERSTORE, LLC
11   (formerly Staples the Office Superstore, Inc.)

12

13                  IN THE UNITED STATES DISTRICT COURT

14           FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                         SAN JOSE DIVISION

16

17   CORION INDUSTRIAL CORP., U.S.A.,        )    CASE NO.: 5:04-02169 JW
                                             )
18              Plaintiff,                   )    **STIPULATION FOR**
                                             )    **POSTPONED SCHEDULING**
19   v.                                      )    **DATES; ORDER**
                                             )
20   STAPLES THE OFFICE SUPERSTORE, INC.,    )
     et al.,                                 )
21                                           )
                Defendant.                   )
22                                           )
                                             )
23   _____)

24

25

26

27

28

STIPULATION FOR POSTPONED SCHEDULING DATES, etc. - Case No. 5: 04-02169 JW
S:\Clients\Staples\8116.32 (Corion)\pld\dcp-stip-pso-postponed-trial-date-110606

# INTRODUCTION

A postponed trial date of Tuesday, January 16, 2007 together with a revised schedule for pretrial matters was granted by the court.  The parties here request revised scheduling dates in order to continue settlement discussions, as follows:

## A.  Meet and Confer Requirement

The deadline for the parties to meet and confer be changed from November 6, 2006 to December 6, 2006.

## B.  Objections and Lodging Disputed Material With the Court.

Any objections and lodging of disputed material be changed from November 13, 2006 to on or before December 13, 2006.

## C.  Lodging Joint Pretrial Conference Statements and *In Limine* Motions.

Parties shall file and lodge with chambers the matters presently set for November 14, 2006 on December 18, 2006.

## D.  Final Pretrial Conference

The final pretrial conference, presently set for January 8, 2007 at 3:00 p.m. be held on January 8, 2007 at 3:00 p.m.

## E.  Lodging Witness Lists, Exhibit Lists and Proposed Jury Instructions

Lodging witness lists, exhibit list and proposed jury instructions, presently set for January 12, 2007 shall be on January 12, 2007.

## F.  Proposed Findings (Non-Jury Trials)

Proposed findings (non-jury trials) shall remain due on the first day of trial.

## G.  Trial Schedule.

Trial schedule: Jury selection will be on January 16, 2007 with the trial continuing from 1:00 pm. to 4:00 p.m. on January 17, 18 and 19, 2007.

STIPULATION FOR POSTPONED SCHEDULING DATES, etc. - Case No. 5: 04-02169 JW
S:\Clients\Staples\8116.32 (Corion)\pld\dcp-stip-pso-postponed-trial-date-110606

2

SO STIPULATED.

DATED: November 6, 2006

_____
Lawrence E. Smith
Attorney for Plaintiff CORION
INDUSTRIAL CORP., U.S.A.

DATED: November 6, 2006

PHILLIPS, ERLEWINE & GIVEN LLP

By:_____
David C. Phillips
Attorneys for Defendant Staples The Office
Superstore LLC

**ORDER**

IT IS SO ORDERED.

DATED: _____11/07/2006_____, 2006

_____
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION FOR POSTPONED SCHEDULING DATES, etc. - Case No. 5: 04-02169 JW
S:\Clients\Staples\8116,22 (Corion)\pld\dsp-stip-pto-postponed-trial-date-110606

3