☒ 015

1  LAWRENCE E. SMITH, ESQ.
   18 Crow Canyon Court, Suite 205
2  San Ramon, CA 94583
   Facsimile: (925) 820-9727
3  Telephone: (925) 820-4310

4  Attorney for Plaintiff CORION INDUSTRIAL CORP., U.S.A.

5         -and-

6  DAVID C. PHILLIPS (State Bar No. 032611)
   SPENCER C. MARTINEZ (State Bar No. 206337)
7  PHILLIPS, ERLEWINE & GIVEN LLP
   One Embarcadero Center, Suite 2350
8  San Francisco, California 94111
   Telephone: (415) 398-0900
9  Facsimile: (415) 398-0911

10 Attorneys for Defendant
   STAPLES THE OFFICE SUPERSTORE, LLC
11 (formerly Staples the Office Superstore, Inc.)

12

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED / Judge James Ware]

13                                                         3/1/2007

14            IN THE UNITED STATES DISTRICT COURT

15           FOR THE NORTHERN DISTRICT OF CALIFORNIA

16                      SAN JOSE DIVISION

17

18 CORION INDUSTRIAL CORP., U.S.A.,      )  CASE NO.: C 04-02169 JW
                                         )
19        Plaintiff,                     )
                                         )  **STIPULATION FOR DISMISSAL
20 v.                                    )  WITH PREJUDICE**
                                         )
21 STAPLES THE OFFICE SUPERSTORE, INC.,  )
   et al.,                               )  [FR Civ P 41(a)(1)(ii)]
22                                       )
          Defendant.                     )
23                                       )
                                         )
24 _____)
                                         )
25 AND COUNTERCLAIM.                     )
                                         )
26 _____)

27

28

STIPULATION RE DISMISSAL. - Case No. C 04-02169 JW
S:\Clients\Staples\8116.32 (Corion)\pld\scm-stip-dismissal-010807

1   IT IS HEREBY STIPULATED by and between the parties to this action, through their
2   designated counsel, that the above-captioned action be dismissed in its entirety with prejudice
3   pursuant to FRCP 41(a)(1)(ii), each side to bear its own costs and attorneys fees.

5   DATED: ~~January~~ February 16, 2007

Lawrence E. Smith
Attorney for Plaintiff and Cross Defendant
CORION INDUSTRIAL CORP., U.S.A.,
d/b/a NESO U.S.A.

9   DATED: ~~January~~ February 28, 2007

PHILLIPS, ERLEWINE & GIVEN LLP

By: _____
David C. Phillips
Attorneys for Defendant and Cross
Complainant STAPLES THE OFFICE
SUPERSTORE, LLC (formerly Staples the
Office Superstore, Inc.)

STIPULATION RE DISMISSAL. - Case No. C 04-02169 JW
S:\Clients\Staples\8116.32 (Corion)\pld\scm-stip-dismissal-010807

2